ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                   )
                                               )
Regiment Construction Corp.                    )   ASBCA Nos. 61690, 62340
                                               )
Under Contract No. W912PQ-15-C-0003            )

APPEARANCE FOR THE APPELLANT:        Timothy A. Furin, Esq.
                                       Timothy A. Furin PLLC
                                       Charlottesvlle, VA

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
                                       Army Chief Trial Attorney
                                       MAJ Weston E. Borkenhagen, JA
                                       CPT Timothy M. McLister, JA
                                       Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 12, 2022

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61690, 62340, Appeals of Regiment Construction Corp., rendered in conformance with the Board's Charter.

Dated: October 13, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals